UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 7, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STELLA AVETISYAN,<br><br>Defendant. | Case No. 2:12-cr-00410-MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release STELLA AVETISYAN. Case No. 2:12-cr-00410-MCE Charge 18 USC § 1344 and § 1957 from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $  25,000

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Pretrial Release conditions as stated on the record in open court.

Issued at Sacramento, California on January 7, 2014 at 2:00 PM

By: *Dale A. Drozd*

Magistrate Judge Dale A. Drozd