IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 2:12-CR-0410- MCE |
| Plaintiff, ) | **O R D E R** |
| ) | **APPOINTING COUNSEL** |
| vs. ) | |
| STELLA AVETISYAN, ) | |
| Defendant. ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE:  18 U.S.C. § 1344 – Bank Fraud

DOUGLAS BEEVERS. is hereby appointed effective January 7, 2014.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated:  January 9, 2014

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Avetisyan0410.atty.appt.ord

ORDER APPOINTING COUNSEL        1